UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BANKRUPTCY DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| DOGGIEDAY AFFILIATE | ) | Case No. 07-10038-WCH |
| NETWORK  INC. | ) | |
|     Debtor | ) | |

-----------------------------------------------

### MOTION OF DEBTOR FOR AUTHORITY TO EMPLOY COUNSEL, TO PAY A POST-PETITION RETAINER AND **REQUEST FOR EXPEDITED CONSIDERATION**

To the Honorable William C. Hillman, Bankruptcy Judge:

Now comes the above captioned Debtor and moves this Court for an Order authorizing the Debtor to employ Gary W. Cruickshank to act as its Counsel and the Debtor submits the following in support thereof:

1. On January 3, 2007 (the "Filing Date"), a voluntary petition under Chapter 11 of the Bankruptcy Code was filed by the Debtor in this Court (the "Reorganization Case").

2. The Reorganization Case was filed on behalf of the Debtor by its in-house counsel, Attorney Ashley Forest.

3. The Debtor seeks to employ Gary W. Cruickshank to act as its Counsel in this case pursuant to Section 327 and Section 1107 of the Bankruptcy Code.

4. Gary W. Cruickshank is an attorney duly admitted to practice in this Court, has considerable experience in matters of this character and Gary W. Cruickshank is qualified to represent the Debtor in this case.

5. The Debtor seeks to employ counsel in order to render the following professional services:

    A. To assist and advise the Debtor in the formulation and presentation of a Plan of Reorganization and Disclosure Statement;